UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: __MORAD__    BANKRUPTCY APPEAL

CIVIL ACTION NO. __4:05CV40037 RGS__

### ORDER

__STEARNS__ D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __1/31/05__,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __4/26/05__ and the Appellee's brief shall be filed on or before __5/11/05__. The Appellant may file and serve a reply brief on or before __5/23/05__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

__4/11/05__
Date

By the Court,
__Elaine Flaherty__
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)    [bro.]