## UNITED STATES DISTRICT COURT BANKRUPTCY

## DISTRICT OF MASSACHUSETTS

## BANKRUPTCY APPEAL

## CIVIL ACTION NO. 4:05 CV40037 RGS

## Bankruptcy No. 02-15186-JBR

### EMILE E. MORAD,
### DEBTOR

### EMILE E. MORAD
### APPELLANT

### V.

### STELLA XIFARAS
### APPELLEE,

## APPELLANT EMERGENCY MOTION TO EXTEND TIME FOR FILING HIS BRIEF

Now comes Emile E. Morad, Appellant, in the above entitled matter and request that This Honorable Court extend the time for him to file his brief until 4 P.M. on July 15, 2005 and assigns as reason for this request as follows:

1. When I returned to Massachusetts in January from my home in Florida I caught a severe cold which exacerbated other ailments that I suffered from in recent years. I am in failing health in the past several years. I suffer from heart disease, meniers disease, diabetes dizziness and double vision. On advice of my doctors I returned to my home in Florida to recuperate.

2. I still have double vision which the doctors say is caused by diabetes which has persisted from January 2005 to the present.

3. I returned to Massachusetts because the double vision has persisted and was examined by a neurologist Dr. Bruce Abbott on March 19th 2005. I was told that the double vision although improved from the last visit is still present and will continue for another month. I have requested a short note from the doctor and will file with the court when received.

4. Although I was able to do limited research I am unable to file my brief as ordered by the Court on May 10th, 2005 because shortly after filing my emergency motion for an extension, I suffered a relapse of my eyesight condition. I am presently unable to read or do any type of research.

5. I do not have counsel in this appeal and appear prose. As a result of my Bankruptcy I do not have the ability to pay counsel. I have no income except my social security benefits. I have requested the Trustee to release my assets on more than one occasion but he has steadily refused in spite of the fact that he has sufficient cash to pay all creditors that are entitled to be paid.

6.. I will update my medical condition every thirty days and will file my brief earlier if I am able.

7. The appellee in this matter has been paid in full and no one would be harmed by the allowance of this motion.

8. I am attaching a short note from Dr Abbott and incorporate all medical notes previously filed with the Court with my motion.

Dated May 10th 2005.

Respectively submitted

*Emile E. Morad Pro Se*
2700 North Surf Road,
Hollywood Fla. 33019

Tel 954- 923-5593
Local Tel 774 930-4254

### CERTIFICATE OF SERVICE

I, Emile E. Morad certify that I have mailed a copy of the above motion by first class mail postage prepaid to the following interested parties of record:

1. John S. Rodman Esquire 98 North Washington Street, Suite 305 Boston Ma. 02114-1913.

2. Michael Franco, Esquire P.O. Box 952, 32 William Street, New Bedford, Ma. 02740

Dated May 10, 2005.

*Emile E. Morad Pro Se*

**BRUCE P. ABBOTT, M.D.**

92 GRAPE STREET

NEW BEDFORD, MASSACHUSETTS 02740

508-997-3331

DIPLOMATE
AMERICAN BOARD OF
INTERNAL MEDICINE

DIPLOMATE
AMERICAN BOARD OF
NEUROLOGY AND PSYCHIATRY

Emile Morad

April 26, 2005

Re: Emile Morad
d.o.b.: 05/24/38

Dear Mr. Morad,

As you know I last saw you on April 19, 2005 for diabetic 3rd nerve palsy with diplopia. Although you are improved you are still bothered by double vision and this interferes with your ability to read. I expect the symptoms to improve over time, however it may take from 6 to 9 months from the onset of the neuropathy for resolution of double vision.

I hope this information is helpful for you.

Sincerely yours,

Bruce P. Abbott, M.D.

BPA/kbk 07-00700107