UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bankruptcy Appeal No.: 4:05 CV 40037RGS

IN RE:       EMILE E. MORAD

### APPELLEE STELLA XIFARAS' OPPOSITION TO APPELLANT EMILE MORAD'S MOTION TO EXTEND TIME FOR BRIEF

Appellee Stella Xifaras opposes Appellant Emile Morad's motion to extend the time for filing his brief.

Xifaras refers to the opposition that she filed to Morad's first motion to extend. Morad's latest doctor's note indicates that he will need 6 to 9 months to improve. It is likely that Morad will be requesting yet another extension in July. This is consistent with Morad's pattern of delay throughout the bankruptcy case and related litigation.

Appellee Stella Xifaras,
By her Attorneys,

LAW OFFICES OF
BEAUREGARD, BURKE & FRANCO

PHILIP N. BEAUREGARD  BBO# 034780
MICHAEL FRANCO  BBO# 567091
P.O. Box 952
32 William Street
New Bedford, MA  02741-0952
Tel. No.:  (508) 993-0333

Dated: May 18, 2005

## CERTIFICATE OF SERVICE

I, Michael Franco, do hereby certify that I have caused copies of Appellee Stella Xifaras' Opposition to Appellant Emile Morad's Motion to Extend Time for Brief to John Aquino, Esq., Anderson & Aquino, LLP, 260 Franklin Street, Boston, MA 02110, John S. Rodman, Mauser & DePiano, 98 N. Washington Street, Suite 305, Boston, MA 02114-1913, and Emile Morad, Sr., Esq. 460 County Street, New Bedford, MA 02740 via first class mail, postage prepaid, this 18th day of May, 2005.

MICHAEL FRANCO BBO# 567091

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740