UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bankruptcy Appeal No.: 4:05 CV 40037RGS

IN RE:   EMILE E. MORAD

### CREDITOR-APPELLEE STELLA XIFARAS' MOTION TO EXTEND TIME FOR FILING BRIEF

Creditor-Appellee Stella Xifaras moves to extend the time to file her brief by one week to August 8, 2005. See Affidavit of Attorney Michael Franco.

Debtor-Appellant Emile Morad has obtained extensions to file his brief from April 26, 2005 to July 15, 2005. Xifaras' counsel is leaving the country on vacation on July 8, 2005 and will not be returning to the office until July 25, 2005. If Morad files his brief on July 15, then Xifaras' brief will be due on August 1, 2005 – one week after counsel's return from vacation. This will not allow sufficient time to prepare an adequate brief. For these reasons, Xifaras requests this one week extension.

Creditor-Appellee Stella Xifaras,
By her Attorneys,

LAW OFFICES OF
BEAUREGARD, BURKE & FRANCO

_____
PHILIP N. BEAUREGARD  BBO# 034780
MICHAEL FRANCO  BBO# 567091
P.O. Box 952
32 William Street
New Bedford, MA  02741-0952
Tel. No.: (508) 993-0333

Dated: July 6, 2005

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bankruptcy Appeal No.: 4:05 CV 40037RGS

IN RE:        EMILE E. MORAD

### AFFIDAVIT OF ATTORNEY MICHAEL FRANCO

I, Michael Franco, swear and affirm as follows:

1. I am Stella Xifaras' counsel in this matter.

2. I have reviewed Creditor-Appellee's Motion to Extend Time for Filing Brief, and I verify that the facts set forth in the Motion are true and accurate.

_____
MICHAEL FRANCO BBO#567091

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.        New Bedford, MA        July 6, 2005

On this 6th day of July, 2005, before me, the undersigned notary public, personally appeared MICHAEL FRANCO, proved to me through satisfactory evidence of identification, which were that said individual is personally known to me, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Tracy A. Mosher, NOTARY PUBLIC
My Commission Expires: 9-12-08

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740