## CERTIFICATE OF SERVICE

I, Michael Franco, do hereby certify that I have caused copies of Creditor-Appellee Stella Xifaras' Motion to Extend Time to File Brief to John Aquino, Esq., Anderson & Aquino, LLP, 260 Franklin Street, Boston, MA 02110, John S. Rodman, Mauser & DePiano, 98 N. Washington Street, Suite 305, Boston, MA 02114-1913, and Emile Morad, Sr., Esq. 460 County Street, New Bedford, MA 02740 via first class mail, postage prepaid, this 6th day of July, 2005.

MICHAEL FRANCO BBO# 567091

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740